**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Jeffrey S. Goldstrich, | Civil Action No.: 4:16-cv-00987 |
| Plaintiff, | |
| v. | |
| Conn Appliances, Inc., | **COMPLAINT** <br> **JURY** |
| Defendant. | |

For this Complaint, Plaintiff, Jeffrey S. Goldstrich, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. Plaintiff, Jeffrey S. Goldstrich ("Plaintiff"), is an adult individual residing in Baytown, Texas, and is a "person" as the term is defined by 47 U.S.C. § 153(39).

4. Defendant, Conn Appliances, Inc. ("Conn's"), is a Texas business entity with an address of 4055 Technology Forest Boulevard, Suite 210, The Woodlands, Texas 77381-2008, and is a "person" as the term is defined by 47 U.S.C. § 153(39).

## FACTS

5. In 2014, Conn's began calling Plaintiff's cellular telephone, number 832-XXX-1480, using an automatic telephone dialing system ("ATDS" or "predictive dialer") and/or using an artificial or prerecorded voice.

6. When Plaintiff answered calls from Conn's, he heard a prerecorded message instructing him to call Conn's.

7. In December 2014, Plaintiff spoke with Conn's and demanded that all calls to his cellular telephone number cease.

8. Nevertheless, Conn's continued to place automated calls to Plaintiff's cellular telephone number.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, *et seq.*

9. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

10. Without consent, Conn's placed automated telephone calls to Plaintiff's cellular telephone in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

11. Conn's continued to place automated calls to Plaintiff's cellular telephone number despite knowing that it lacked consent to do so. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

12. The telephone number called by Conn's was assigned to a cellular telephone service pursuant to 47 U.S.C. § 227(b)(1).

13. The calls from Conn's to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

14. Conn's telephone system has the capacity to store numbers in a random and sequential manner and uses the system to place the calls.

15. As a result of each call made in negligent violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

16. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and

3. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: April 11, 2016

Respectfully submitted,

By: /s/ Jenny DeFrancisco

Jenny DeFrancisco, Esq.
CT Bar No.: 432383
LEMBERG LAW LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424