## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **JEFFREY S. GOLDSTRICH,** | § | |
| | § | **CAUSE NO. 4:16-CV-00987** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **CONN APPLIANCES, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## STIPULATION TO ARBITRATION

Defendant Conn Appliances, Inc. ("Conn's"), and Plaintiff Jeffrey S. Goldstrich ("Plaintiff") (collectively, the "Parties") file this Stipulation to Arbitration and would show the Court as follows:

1.      Plaintiff filed his Original Complaint April 11, 2016, alleging violations under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* in connection with Conn's attempt to collect on a debt.

2.      Plaintiff purchased merchandise from Conn's in exchange for a promise of payment. The Parties memorialized the financing terms in a retail installment contract that he signed. The retail installment contract contains an arbitration provision that covers all claims arising from his debt. Because the claims in Plaintiff's Complaint fall within the scope of this provision, the parties have agreed to move this case to arbitration.

IT IS THEREFORE **AGREED AND STIPULATED** as follows:

i.      Plaintiff's claims are subject to binding arbitration.

ii.      The Parties request the Court order this action to arbitration and stay the proceedings pending completion of arbitration.

Dated:   June 17, 2016

Respectfully submitted,

By: */s/ Michael A. Harvey*                     By: */s/ Jenny DeFrancisco*

**Michael A. Harvey**                                **Jenny DeFrancisco, Esq.**
State Bar No. 24058352                           CT Bar No.: 432383
MUNSCH HARDT KOPF & HARR, P.C.        LEMBERG LAW, LLC
700 Milam Street, Suite 2700                  43 Danbury Road
Houston, Texas 77002                             Wilton, CT 06897
Telephone:  (713) 222-4015                     Telephone: (203) 653-2250
Facsimile:  (713) 222-5868                      Facsimile: (203) 653-3424
E-mail: mharvey@munsch.com                E-mail: jdefrancisco@lemberglaw.com

**ATTORNEYS FOR DEFENDANT**        **ATTORNEYS FOR PLAINTIFF**

**OF COUNSEL:**

**Christopher M. Jordan**
State Bar No. 24087817
MUNSCH HARDT KOPF & HARR, P.C.
Pennzoil Place
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone:  (512) 391-6145
Fax:  (713) 222-5868
cjordan@munsch.com

**Christina M. Putman**
SBN: 24013361
FIN: 24426
In House Counsel
Conn's, Inc.
4055 Technology Forest Blvd.
Suite 210
The Woodlands, Texas  77381

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 17, 2016, a true and correct copy of forgoing document was electronically filed via the Court's CM/ECF filing system and served on all counsel of record.

*/s/ Michael A. Harvey*
Michael A. Harvey
